Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH MITCHELL NEWBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:17-cv-00316-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of thitry (30) days for Plaintiff's counsel to draft and file a reply to Defendant's cross-motion for summary judgment.

    Plaintiff's counsel has had multiple demands in other cases resulting in scheduling difficulties. The parties request this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to draft his motion for summary judgment and, subject to the Court's approval, stipulates to thirty (30) days extension of time to allow Plaintiff to file his motion for summary judgment in this action. Plaintiff's motion for summary judgment or remand is now due on October 30, 2017. This is Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

For Plaintiff:
WEEMS LAW OFFICES

For Defendant:
BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel,
Region IX
Social Security Administration

/s/Robert C. Weems
Robert C. Weems, Attorney for Plaintiff

By: /s/ Chantal Jenkins
Chantel Jenkins
Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

SO ORDERED:

Dated: October 17, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1  DECLARATION OF CONCURRENCE OF SIGNATURE
2  GENERAL ORDER 131, X
3      I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the
4  document has been obtained from each of the other signatories, or from the single
5  signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation
6  " /s/ [name of signatory]."[1]
7      I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order